# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-four,

BNP Paribas, Bank of America Corporation, Barclays Bank PLC, Citibank, N.A., Deutsche Bank AG, The Royal Bank of Scotland Group PLC, Goldman Sachs & Co., Citigroup Global Markets Inc., Morgan Stanley & Co. LLC, JPMorgan Chase & Co., Credit Suisse AG, Bank of America, N.A., JPMorgan Chase Bank, N.A.,

**ORDER**
Docket No. 24-635

      Defendants - Appellees,

v.

New Mexico State Investment Council, Public Employees Retirement Association of New Mexico, New Mexico Educational Retirement Board,

      Interested Parties - Appellants.

      IT IS HEREBY ORDERED the parties are directed to submit supplemental letter briefs on the impact, if any, of In re Tronox Inc., 855 F.3d 84 (2d Cir. 2017), on this Court's subject matter jurisdiction to hear this appeal. The letter briefs must not exceed five pages single-spaced and must be filed no later than 5:00 p.m. on September 17, 2024.

      For The Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

